IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MARCELL LAMONT MARTIN,

    Plaintiff,

v.                                          2:23-CV-064-Z-BR

BILL CLEMENTS UNIT OFFICERS,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Magistrate Judge's findings, conclusions, and recommendation to grant Defendants' Motion for Summary Judgment ("FCR") (ECF No. 59) and Plaintiff's Motion to Extend Time ("Motion") (ECF No. 60). The FCR notified Plaintiff that "the deadline for filing objections is fourteen (14) days from the date of filing." ECF No. 59 at 21. Plaintiff's deadline was therefore November 26, 2024. *See id.* (filed November 12, 2024). Plaintiff's Motion, which "comes from the hand of a third-party," now seeks an extended objection deadline of December 21, 2024, because of Plaintiff's "inability to read and write." ECF No. 60 at 1. But this relief is unnecessary given Plaintiff's perfectly adequate English composition in his Complaint. ECF No. 1. Plaintiff's Motion is therefore **DENIED**.

After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR is **ADOPTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED.**

December 5, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE